Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BONYAD SHIPPING CO. ("BOSCO")

              Plaintiff,

      - against -

CALDER SEACARRIER CORP.

              Defendant.
-----------------------------------------------------------X

Case No. 08 Civ. 2529 (JSR)

**NOTICE OF VOLUNTARY DISMISSAL WITH ORDER**

PLEASE TAKE NOTICE that there being no appearance or answer by Defendant, pursuant to Fed. Civ. P. 41(a), Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein.

Dated: New York, New York
July 7, 2008

                              LAW OFFICES OF RAHUL WANCHOO
                              Attorneys for Plaintiff

                              Rahul Wanchoo (RW-8725)
                              Empire State Building
                              350 Fifth Avenue, 59th Floor
                              New York, New York 10118
                              (646) 593-8866

**IT IS SO ORDERED**

_____
Hon. Jed S. Rakoff
United States District Judge
Dated: July   , 2008
7-7-08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-08
```